# Aldridge Pite, LLP
40 Marcus Drive, Suite 200
Melville, New York 11747
Tel: 631-454-8059 – Fax: 631-454-8169

November 8, 2019

Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

**Re:**      **Fields, Joseph F.**
**Creditor:**   Wells Fargo Home Mortgage.
**Case:**     **1-19-45292-ess**

Dear Judge Stong:

Our office represents Wells Fargo Home Mortgage in this matter.  The Order directing Loss Mitigation was entered on October 2, 2019.  The Creditor contact designation was filed on October 9, 2019.

Our office received a loss mitigation package from the Debtor's attorney on October 30, 2019.  On November 6, 2019, our client advised on additional items needed.  As of November 7, 2019, an amended 4056 T form was needed.  On November 8, 2019, our office received a revised 4506T form from the Debtor's attorney and immediately submitted to our client for review.

Once other items are deemed necessary for review, or a decision is rendered, our office will notify the Debtor's attorney immediately.

Thank you for your time and consideration.

Respectfully,

 /s/ Jenelle C. Arnold
  Jenelle C. Arnold, Esq.