# Aldridge Pite, LLP
40 Marcus Drive, Suite 200
Melville, New York 11747
Tel: 631-454-8059 – Fax: 631-454-8169

January 20, 2020

Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

**Re:**         **Fields, Joseph F.**
**Creditor:**   Wells Fargo Home Mortgage.
**Case:**     **1-19-45292-ess**

Dear Judge Stong:

Our office represents Wells Fargo Home Mortgage in this matter. The Order directing Loss Mitigation was entered on October 2, 2019. The Creditor contact designation was filed on October 9, 2019.

At this time, our office is continuing to facilitate document exchange with the Debtor's attorney and our client. The most recent documents submission by the Debtor's attorney to our client occurred on January 16, 2020.

Once other items are deemed necessary for review, or a decision is rendered, our office will notify the Debtor's attorney immediately.

Thank you for your time and consideration.

                                               Respectfully,

                                               /s/ Jenelle C. Arnold
                                                Jenelle C. Arnold, Esq.