UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X          CHAPTER 11(Subchapter V)
IN RE:

JOSEPH F. FIELDS                         CASE NO.: 19-45292-ess
                                         NOTICE OF PRESENTMENT OF
                                         FINAL DECREE

            Debtor

------------------------------X

S I R S:


    PLEASE TAKE NOTICE that the Final Decree in this Chapter 11 case
shall be presented by Richard S. Feinsilver, Esq., attorney for
debtor, to the Hon. Elizabeth S. Stong, at Chambers, at 271C Cadman
Plaza East, Room 3585, Brooklyn, New York 11201, on the 25th day of
February, 2021.  The proposed Decree, a copy of which is annexed
hereto, shall Order that the confirmed plan in this case has been
substantially consummated.


    PLEASE TAKE FURTHER NOTICE that if you have any good reason to
object to the granting of the proposed Order, you must do so in
writing at least five (5) calendar days before the Order is to be
signed; and you must serve the undersigned and all other entities to
whom this motion has been noticed, as indicated below, with the Clerk
of the Court the original of your objections, together with proof of
service.  If no proper objections are timely filed and served, and if
the Judge is satisfied from the application that the moving party is
entitled to the relief sought, the Court may sign the Order without
further notice or a hearing.

If proper objections are timely filed and served, a hearing on this application shall be held before the Hon. Elizabeth S. Stong on the 25th of February, 2021 at 10:30 the forenoon of that day at Room 3585, 271C Cadman Plaza East, Brooklyn, New York 11201 or telephonically consistent with this Court's Covid-19 protocols.

Dated:   Carle Place, New York
         February 3, 2021

                              s/Richard S. Feinsilver
                              _____
                              Richard S. Feinsilver
                              Attorney for the Debtor
                              One Old Country Road
                              Suite 125
                              Carle Place, New York 11514
                              516-873-6330

TO:   United States Trustee
      Salvatore LaMonica Esq.
      All affected creditors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
IN RE:

JOSEPH F. FIELDS                                    Case No.:20-45292-ess

                                                   CHAPTER 11

                        Debtor.
-----------------------------------------------------X

## FINAL DECREE AND CERTIFICATE OF CONSUMMATION

The Second Amended Subchapter V Plan of Reorganization (hereinafter "Plan") under Chapter 11 of the Bankruptcy Code having been filed by the Debtor and the Court having entered an Order confirming the Plan on January 13, 2021, and the it having been determined by the Court, based upon the affidavits docketed and the entire record herein that:

1.  The transfer or other disposition of all or substantially all of the property dealt with under the Plan pursuant to its provisions has occurred.

2. The debtor has distributed to creditors affected by the Plan all dividends to date specified in the Plan.

IT IS ORDERED

A. The Plan has been substantially consummated.

B.  The Estate of this debtor is hereby closed.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
IN RE:

JOSEPH F. FIELDS                                        Case No.:19-45292-ess

                                                       CHAPTER 11

                        Debtor.
-----------------------------------------------------X


APPLICATION FOR FINAL DECREE
AND ORDER OF SUBSTANTIAL CONSUMMATION


TO THE HONORABLE ELIZABETH S. STONG, UNITED STATES BANKRUPTCY
JUDGE:

 COMES NOW, the debtor, JOSEPH F. FIELDS, by his attorney, Richard S. Feinsilver,

Esq., and applies to this Court for a Final Decree and an Order declaring that the debtor's

Subchapter V Plan of Reorganization (hereinafter the "Plan") to have been fully consummated.


 1. Administrative creditors have been paid 100% of their allowed claims, or in the case of

creditors that have agreed to accept payment of their administrative claims over time, have been

paid all sums that have become due under the Plan, in particular, all quarterly fees due and owing

to the Office of the United States Trustee through June 2020 were paid prior to confirmation .


 2. There are no Priority unsecured creditors in this case.


 3. Class 2a - Secured Claim of Wells Fargo Home Mortgage - This creditor is to be paid

monthly payments pursuant to the Plan for a term of 10 years, retroactive to October 2020..  All

required payments through January 2021 have been paid by the debtor.


 4.  Class 2b - Secured Claim of Wells Fargo Home Mortgage - This creditor is to be paid

monthly payments pursuant to the Plan for a term of 9 years and 9 months, commencing January,

2021..  All required payments through January 2021 have been paid by the debtor.

5. There are no General Unsecured Creditors in this case

6. Based upon the foregoing, the Subchapter V Plan confirmed by this Court has been substantially consummated as that term is defined and, as such it is appropriate for a Final Decree and Order to issue in this case

WHEREFORE, the Debtor respectfully requests that the Court enter a Final Decree and Order declaring the plan to have been substantially consummated.

Dated: January 29, 2020
      Carle Place, New York           .

                       s/Richard S. Feinsilver
                       _____
                       By: Richard S. Feinsilver, Esq.
                       Attorney for Debtor
                       One Old Country Road, Suite 125
                       Carle Place NY 11514
                       516-873-6330

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
In re

JOSEPH F. FIELDS

Chapter 11
Case No.: 19-45292

AFFIRMATION OF
SERVICE

                    DEBTOR
---------------------------------X

The undersigned attorney, duly admitted to practice before this Court, affirms the following to be true under the penalties of perjury:

1. That he is the attorney for the Debtor in the instant action.

2. That on the 3rd day of February 2021, your affiant served a true copy of the Notice of Presentment filed in this case upon:

ANNEXED LIST OF CREDITORS AND PARTIES IN INTEREST TO WHOM SERVICE IS REQUIRED
Internal Revenue Service, Insolvency, 6th Floor, 100 Myrtle Avenue, 2 Metrotech Center, Brooklyn NY 11201
Internal Revenue Service, Box 7346, Phila PA 19114
NYS Dept of Taxation, 250 Veterans Memorial Highway, Hauppauge NY 11788
Securities and Exchange Commission, 3 World Financial Center, 43rd Floor, NY NY 10281
US Attorney, 601 Federal Plaza, Central Islip NY 11722
US Dept of Justice Tax Division, 950 Pennsylvania Avenue NW. Washington DC 20530
Office of the NYS Attorney General, 330 Motor Parkway, Suite 230, Hauppauge NY 11788
Enid Nagler Stuart Esq., Office of the AG, 28 Liberty Street, 17th Floor NY NY 10005

the address(es) designated by said attorney and party for that purpose by depositing a true copy of same to each attorney and party, enclosed in a post paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

3. In addition, I effected notice by electronic transmission generated by the ECF System and by email to the following persons/entities pursuant to Bankruptcy Rule 9036

Office of the U.S. Trustee, c/o Jeremy Sussman Esq. Jeremy.S.Sussman@usdoj.gov

Salvatore Lamonica Esq. Subchapter V Trustee (sl@lhmlawfirm.com)

Gregory C Campbell Esq., Aldridge Pite gcampbell@aldridgepite.com

Jenelle Arnold Esq., Aldridge Pite jarnold@aldridgepite.com

Penny McNeely, Woods Oviatt PmcNeely@woodsdefaultServices.com

Aleksandra K. Fugate Esq., Woods Oviatt AFugate@woodsdefaultServices.com


Dated: February 3, 2021
       Carle Place, New York

                           s/Richard S. Feinsilver
                           _____
                           RICHARD S. FEINSILVER

Label Matrix for local noticing
0207-1
Case 1-19-45292-ess
Eastern District of New York
Brooklyn
~~Wed Oct 2 09:13:41 EDT 2019~~

271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1801

ARGENT DENTAL
8515 MIRALANI AVENUE
SANDIEGO, CA 92126-4352

FLUSHING DENTAL SUPPLY
72-59 KISSENA BLVD
FLUSHING, NY 11367-2723

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

NYC DEPT OF FINANCE
66 JOHN STREET
ROOM 104
NY, NY 10038-3728

NYC WATER BOARD
59-17 JUNCTION BOULEVARD
8TH FLOOR
ELMHURST, NY 11373-5188

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014-4811

WELLS FARGO HOME EQUITY
2324 OVERLAND AVENUE
BILLINGS, MT 59102-6401

WELLS FARGO MORTGAGE
1 HOME CAMPUS
DES MOINES, IA 50328-0001

WELLS FARGO MORTGAGE
BOX 10335
DES MOINES, IA 50306-0335

Wells Fargo Bank, N.A.
Attn: Default Document Processing
1000 Blue Gentian Road, MAC# N9286-
Eagan, MN 55121-7700

Wells Fargo Bank, N.A.
c/o ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

Joseph F Fields
144-21 South Drive
Whitestone, NY 11357-1010

Richard S Feinsilver
One Old Country Road
Suite 125
Carle Place, NY 11514-1845

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, N.A.

(u)Jenelle C. Arnold
jarnold@aldridgepite.com

(d)Wells Fargo Bank, N.A.
c/o Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

(u)Chris Perez

End of Label Matrix
Mailable recipients     14
Bypassed recipients      4
Total                   18