```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
                                            Hearing/Presentment: 2/25/2021
In re
                                            Chapter 11(Sub V)
JOSEPH F FIELDS
                                            Case No.: 19-45292-ess

                                            CERTIFICATION OF NO
                                            OBJECTION

               DEBTOR
-----------------------------------X
```

RICHARD S. FEINSILVER, an attorney duly admitted to practice before this Court states:

1. I am the attorney of record for the above captioned debtors. This certification is made pursuant to 28 U.S.C. Section 1746.

2. On February 3, 2021, the debtor filed and served a Notice of Presentment of an Order for a Final Decree in the subject case. The presentment date of the Order is February 25, 2021.

3. The subject application and proposed order was served upon the United States Trustee, the Subchapter V Trustee, the affected creditor(s), an authorized agent and/or executive officer of the creditor(s), and their known counsel on February 3, 2021.

4. Pursuant to E.D.N.Y. LBR 9006-1, responsive papers are to be served so as to be received not later than 7 days before the hearing date (the "Objection Deadline") - February 18, 2021.

5. The Objection Deadline has passed and although the Office of the United States Trustee raised various issues regarding the wording of the Order, those issues have been resolved, and the US Trustee shall not be filing opposition. Further those changes have been incorporated into the Order which will be uploaded for entry. As such, there is no opposition to the relief sought in the motion. Accordingly, this Court may enter the proposed order granting the motion without need for a hearing.

Date: February 24, 2021
     Carle Place, New York

                                                   s/Richard S. Feinsilver
                                            _____
                                            RICHARD S. FEINSILVER
                                            Attorney for Debtor