**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
IN RE:

JOSEPH F. FIELDS                                    Case No.:19-45292-ess

                                                   CHAPTER 11

                        Debtor.
-----------------------------------------------------X

## <u>FINAL DECREE ORDER</u>

Upon the application the ("Application") of Joseph F. Fields ("Debtor") for entry of a final decree in this chapter 11 case; and the Court having confirmed the Debtor's *Second Amended Subchapter V Plan of Reorganization* (the "Plan") on January 13, 2021; the Debtor having represented in the Application that the transfer or other disposition of all or substantially all of the property dealt with under the Plan pursuant to its provisions has occurred; and it appearing that the Plan has been substantially consummated; and it also appearing that notice of the Application was duly and timely made and that no objection was made to granting the relief requested therein, and sufficient cause appearing to me therefor, it is

**ORDERED,** that the above-captioned Chapter 11 case be, and it hereby is, closed. and it is further

**ORDERED,** that the Debtor shall provide a final affidavit of disbursements and pay all fees pursuant to 28 USC 1930(a)(6) and any applicable interest thereon within seven (7) days of entry of the order.



**Dated: Brooklyn, New York**                          **Elizabeth S. Stong**
**        March 1, 2021**                          **United States Bankruptcy Judge**